IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re § | | |
| § | | No. 20-35474 |
| EAGLE PCO LLC, § | | Chapter 11 |
| § | | |
| *Debtor.* § | | |
| § | | |
| In re § | | |
| § | | No. 20-35475 |
| EAGLE PRESSURE CONTROL LLC, § | | Chapter 11 |
| § | | |
| *Debtor.* § | | |

**DEBTOR'S NOTICE OF FILING OF EXPEDITED MOTION FOR JOINT ADMINISTRATION AND OTHER RELIEF**

TO THE HONORABLE DAVID R. JONES:

Please take notice that Debtor, Eagle Pressure Control LLC, filed an Expedited Motion for Joint Administration and Other Relief in the case of Eagle PCO LLC, case no. 20-35474, in accordance with BLR 1015-1. Any party in interest who has appeared in this case should file any response in support of or opposing the joint administration of these cases in the *Eagle PCO LLC* case.

Respectfully Submitted,

**PENDERGRAFT & SIMON, LLP**

/s/ *William P. Haddock*
Leonard H. Simon
  Texas Bar No. 18387400
  S.D. Tex. Adm. No. 8200
William P. Haddock
  Texas Bar No. 00793875
  S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019

Tel. (713) 528-8555<br>
Fax. (713) 868-1267<br><br>
*Proposed Counsel for Eagle PCO LLC and*<br>
*Eagle Pressure Control LLC*

## Certificate of Service

I hereby certify that a true and correct copy of the above Debtor's Notice of Filing of Expedited Motion for Joint Administration and Other Relief has been served on the following counsel/parties of record in accordance with the Fed. R. Bankr. P. 9013, BLR 9013 and local rules for ECF service on this 9th day of November 2020:

Counsel/parties appearing in *In re Eagle Pressure Control LLC* (No. 20-35475) via ECF:

Tara LeDay, Counsel for Texas Taxing Authorities
Laura J. Monroe, Counsel for Midland County, et al.
Alicia Lenae Barcomb, Counsel for the U.S. Trustee
Hector Duran, Counsel for the U.S. Trustee
Office of the U.S. Trustee

/s/ *William P. Haddock*
William P. Haddock